UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      CASE NO. 8:08-cr-347-T-30TBM

RANDY NOWAK,

    Defendant.

## **PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 98) of the United States of America for Entry of a Preliminary Order of Forfeiture, which shall be a final order as to defendant Randy Nowak's right, title, and interest in the following property:

    a.    $20,000.00 in United States currency; and

    b.    One 2005 Ford Excursion, Green, Vehicle Identification Number 1FMNU44P35EA57789.

Being fully advised in the premises, the Court finds that the government has established the requisite *nexus* between the crimes in violation of 18 U.S.C. §§ 1114 and 1958, for which defendant Randy Nowak has been found guilty in Counts One and Two of the Indictment, in a scheme to murder a federal employee. Accordingly, it is hereby

**ORDERED**, **ADJUDGED**, and **DECREED** that the motion (Doc. 98) of the United States is GRANTED.

All right, title, and interest of defendant Randy Nowak in the $20,000.00 in U.S. currency and the 2005 Ford Excursion, more particularly described above, are hereby condemned and forfeited to the United States of America for disposition according to law, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 981(a)(1)(G)(iii), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

Following entry of this order, the United States, pursuant to 21 U.S.C. § 853(n), incorporated under the provisions of 28 U.S.C. § 2461(c), will publish (in such a manner as the Attorney General may direct) notice thereof and its intent to dispose of the forfeited property. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the above-described, as a substitute for published notice as to those persons so notified.

Any person, other than the defendant, who has or claims any right, title, or interest in the above-described property must file a petition with this Court for a hearing to adjudicate the validity of his or her alleged interest in the forfeited . The petition shall be mailed to the Clerk of the United States District Court, Tampa Division, 801 North Florida Avenue, Tampa, Florida 33602, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. A copy of the petition shall be mailed to A. Brian Albritton, United States Attorney,

attn: Adelaide G. Few, United States Attorney's Office, 400 North Tampa St., Suite 3200, Tampa, Florida 33602.

The petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited, and any additional facts surrounding the petitioner's claim and relief sought.

After receipt of the petition by the Court, the Court will set a hearing to determine the validity of the petitioner's alleged interest in the forfeited.

Upon adjudication of all third-party interests in the above-described real property, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2 (c)(2), in which all interests will be addressed.

**DONE** and **ORDERED** in Tampa, Florida on February 19, 2009.

```
                            _____
                            JAMES S. MOODY, JR.
                            UNITED STATES DISTRICT JUDGE
```

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2008\08-cr-347.forfeiture 98.wpd

3