UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                       CASE NO. 8:08-cr-347-T-30TBM

RANDY NOWAK,

     Defendant.

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion (Doc. 146) by the United States for a Final Judgment of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and (a)(1)(G)(iii), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Fed. R. Crim. P., for the following property:

     a.     $20,000.00 in United States currency; and

     b.     One 2005 Ford Excursion, Green, Vehicle
              Identification Number 1FMNU44P35EA57789.

1.     On February 19, 2009, the United States filed a Motion for Entry of a Preliminary Order of Forfeiture, seeking forfeiture of defendant Randy Nowak's interest in the $20,000.00 in United States currency and the 2005 Ford Excursion, pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and (a)(1)(G)(iii), and 28 U.S.C. § 2461(c).  (Doc. 98).  On that same date, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the

United States of America all right, title, and interest of defendant Randy Nowak in the property listed above.  (Doc. 99).

2.      The only person known to have any potential interest in the Ford Excursion, is Brenda L. Nowak, the defendant's wife.  On March 2, 2009, the United States sent, via certified U.S. mail no. 7005 1160 0001 4165 2979, Notice of Forfeiture, Acknowledgments of Receipt of Notice of Forfeiture, and a copy of the Preliminary Order of Forfeiture in the instant case to Brenda L. Nowak at 4110 Shepard Road, Mulberry, Florida.

3.      On March 28, 2009, the United States received a returned envelope marked as "unclaimed" with a new forwarding address.  On April 1, 2009, the United States sent a second notice via certified U.S. mail no. 7005 1160 0001 4165 2986 and regular U.S. mail to Brenda L. Nowak, at the new forwarding address, 711 S. New York Avenue, Lakeland, Florida the new forwarding address.  On April 28, 2009, the certified mail envelope was returned and marked as "unclaimed."  To date, Ms. Nowak has not filed a claim to the Ford Excursion.

4.      In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the subject property, on the official government website, www.forfeiture.gov, from February 22, 2009 to March 23, 2009.  (Doc. 129).  The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse,

2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

5. No persons or entities, other than defendant Randy Nowak and Brenda L. Nowak are known to have an interest in the Ford Excursion. Randy Nowak's interest was forfeited to the United States in the Preliminary Order of Forfeiture. Brenda L. Nowak was sent notice via certified U.S. mail twice and one time by regular U.S. mail; however, she has failed to file a claim to the Ford Excursion. To date, no third party has filed a petition to adjudicate his interest in the property and the time for filing such petition has expired.

6. The Court finds that the $20,000.00 in United States currency and the 2005 Ford Excursion are the property of defendant Randy Nowak.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 146) is GRANTED. It is FURTHER ORDERED that all right, title and interest in the following property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C) and (a)(1)(G)(iii), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), Fed. R. Crim. P., for disposition according to law:

      a. $20,000.00 in United States currency; and

      b. One 2005 Ford Excursion, Green, Vehicle Identification Number 1FMNU44P35EA57789.

Clear title to the subject property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on May 21, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cr-347.fj forfeit 146.wpd

4